**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALFONSO SOLIS NAVARRO, | No. 06-74973 |
| Petitioner, | Agency No. A038-060-229 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:    O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Alfonso Solis Navarro, a native and citizen of the Philippines, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

We review de novo questions of law and constitutional claims, *Khan v. Holder*, 584 F.3d 773, 776 (9th Cir. 2009), and we deny the petition for review.

Navarro does not challenge the agency's determination that he is removable under 8 U.S.C. § 1227(a)(2)(A)(iii) based on his conviction for assault with a deadly weapon in violation of Cal. Penal Code § 245(a)(1).

Navarro is ineligible for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), because his ground of removability lacks a statutory counterpart in a ground of inadmissibility. *See* 8 C.F.R. § 1212.3(f)(5); *see also Aguilar-Ramos v. Holder*, 594 F.3d 701, 706 (9th Cir. 2010).

Navarro's equal protection challenge to the agency's denial of section 212(c) relief is foreclosed by *Abebe v. Mukasey*, 554 F.3d 1203, 1207 (9th Cir. 2009) (en banc).

Navarro's remaining contention is unpersuasive.

Navarro's pending motion is denied as moot.

**PETITION FOR REVIEW DENIED.**